UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GORSS MOTELS, INC., individually and as the representative of a class of similarly-situated persons,<br><br>    Plaintiff,<br><br>v.<br><br>SPRINT SOLUTIONS, INC., a Delaware corporation, and JOHN DOES 1-5,<br><br>    Defendants. | Case No. 3:17-cv-00546-JAM |

**DECLARATION OF RYAN M. KELLY PURSUANT TO L.R. 37(A)**

I, Ryan M. Kelly, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct:

1. I am counsel of record for Plaintiff, Gorss Motels, Inc., in this action. The information set forth in this declaration is based on my personal knowledge and is submitted pursuant to L.R. 37(a).

2. On July 2, 2020, I had a telephone conference with one of the attorneys representing Sprint Solutions, Inc. ("Sprint"), Tammy L. Adkins, regarding the Declaration of Jennifer Moore (Doc. 140), a witness that Plaintiff maintains was not previously disclosed in discovery, and regarding documents attached to and referenced in said Declaration that Plaintiff maintains were also not previously produced in discovery.

3. We discussed these nondisclosure issues in good faith but were unable to reach an agreement as to any of them.

2

Executed on July 2, 2020.          s/ Ryan M. Kelly
                                   Ryan M. Kelly