# Exhibit 2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GORSS MOTELS, INC., a Connecticut corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 3:17-cv-00546-JAM |
| v. | ) ) | |
| SPRINT SOLUTIONS, INC., a Delaware corporation, and JOHN DOES 1-5, | ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANT SPRINT SOLUTIONS, INC.'S
## SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)(l)

Defendant SPRINT SOLUTIONS, INC., by and through its attorneys, submits its supplemental initial disclosures pursuant to FRCP 26(a)(l) as follows:

### INTRODUCTION

These disclosures are made solely for purposes of this civil action. Each disclosure is subject to any and all objections as to competency, relevancy, materiality, propriety and admissibility, and to any and all other objections and grounds that would require the exclusion of any said documents was asked of or made by a witness present and testifying in court, all of which objections and grounds are hereby expressly reserved and may be interposed later at or before the time of trial.

## DISCLOSURES

(A)   The name and, if known, the addresses and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:

ANSWER:

1.  **Steve Mantell**
    185 Harvard Street
    Westbury, NY 11590
    (last known address)

    Mr. Mantell was a National Account Manager for Sprint, and worked on the Wyndham account from approximately 2011 to 2014. Mr. Mantell has knowledge regarding Sprint's strategic sourcing relationship with Wyndham, Sprint's marketing arrangement with Wyndham, as well as Sprint's marketing practices with respect to the Wyndham franchisees.

2.  **Kurt Friedlein**
    6 Aynsley Court
    Montville, NJ 07045
    (last known address)

    Mr. Friedlein was a National Account Manager for Sprint, and worked on the Wyndham account from 2014 to 2016. Mr. Friedlein has knowledge regarding Sprint's strategic sourcing agreement and relationship with Wyndham, Sprint's marketing arrangement with Wyndham, as well as Sprint's marketing practices with respect to the Wyndham franchisees.

3.  **Stephan Georgacopoulos**
    165 Palmer Street
    Arlington, MA 02474
    (last known address)

    Mr. Georgacopoulos was employed as a Wireless Business Development Manager for Sprint, and was assigned the Wyndham account from early 2014 to early 2015. Mr. Georgacopoulos may have knowledge regarding Sprint's marketing practices with respect to the Wyndham franchisees.

4.  **Diana Newman**
    Perfect Output, LLC – Sprint vendor
    c/o Defendant's Counsel
    Tammy L. Adkins

77 W. Wacker Drive, Suite 4100
Chicago, IL 60601

Ms. Newman is an employee of Perfect Output, LLC, Sprint's vendor responsible for maintaining Sprint's multi-function printers and other similar machinery. Ms. Newman has knowledge regarding the Sprint's multi-purpose printers and other machinery, including information about the machines' uses and capabilities and well as the data and records available for such machinery.

5. **Amanda Pagan-Glass**
   Sprint
   c/o Defendant's Counsel
   Tammy L. Adkins
   77 W. Wacker Drive, Suite 4100
   Chicago, IL 60601

Ms. Pagan-Glass is currently employed by Sprint. She was a program account manager on the Wyndham account from 2009 to June 2015. Ms. Pagan-Glass has knowledge regarding Sprint's strategic sourcing relationship with Wyndham and Sprint's marketing arrangement with Wyndham, as well as Sprint's marketing practices with respect to the Wyndham franchisees.

6. **Ricardo Rosario**
   103 Elissar Drive
   Debary, FL 32713
   (last known address)

Mr. Rosario was a Regional Account Manager for Sprint, and worked on the Wyndham account until February 2014. Mr. Rosario has knowledge regarding Sprint's marketing practices with respect to the Wyndham franchisees.

7. **Joe Varano**
   113 River Road, Unit B-4
   Nutley, NJ 07110
   (last known address)

Mr. Varano was Sprint's program account manager on the Wyndham account from mid-2015-early 2016. Mr. Varano may have knowledge regarding Sprint's strategic sourcing relationship with Wyndham and Sprint's marketing arrangement with Wyndham, as well as Sprint's marketing practices with respect to the Wyndham franchisees.

8. Plaintiff and former employees of Gorss Motels have discoverable information regarding the faxes received by Gorss at facsimile number 860-632-8889 (the "fax machine"); the location of the fax machine; the data and records related to the faxes received by the fax machine, Plaintiff's relationship with Wyndham Worldwide; Plaintiff's relationship with approved vendors of Wyndham Worldwide; Plaintiff's and its employees' relationships

with Sprint; Plaintiff's provision of prior express permission to receive faxes from Wyndham and its approved vendors. Investigation continues.

9.  Unknown employees, agents and representatives of Wyndham Worldwide and its affiliates may have discoverable information regarding its relationship with Plaintiff; its relationship with Defendant; its prior express permission to send faxes to Plaintiff; its representations to Defendant regarding same; its retention of Western Printing and/or Westfax to send faxes relating to Defendant. Investigation continues.

10. Unknown employees, agents and representatives of Westfax have discoverable information regarding the facsimiles it sent at the request of Wyndham Worldwide, including those relating to Defendant. Investigation continues.

11. Unknown employees, agents and representatives of Western Printing have discoverable information regarding the facsimiles it sent at the request of Wyndham Worldwide, including those relating to Defendant. Investigation continues.

(B)    A copy of, or a description by category and location of, all documents, data compilations and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:

ANSWER:    In support of its claims or defenses, Defendant may rely upon its Wireless Services Agreement with Wyndham Worldwide Operations, Inc., and its attachments, addenda and amendments; various communications with Wyndham with respect to the Wireless Services Agreement, including the marketing program arising under the agreement. Defendant may also rely upon information regarding Wyndham's relationship with Plaintiff and with the putative class members. Defendant may also rely upon its policies and procedures; and documents relating to and evidencing Defendant's and its affiliates' relationships with Plaintiff and with the putative class members. Investigation continues.

(C)    A computation of any category of damages claimed by the disclosing party making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

ANSWER: Not applicable.

(D)      For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

ANSWER: Not applicable.

Dated: March 20, 2018

Tammy L. Adkins
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, Illinois 60601
Telephone: (312) 849-8100
Fax: (312) 849-3690
tadkins@mcguirewoods.com

Jeffrey J. White
Kathleen Elizabeth Dion
Robinson & Cole, LLP-HTFD
280 Trumbull St.
Hartford, CT 06103
Telephone: 860-275-8252
Fax: 860-275-8299
jwhite@rc.com
kdion@rc.com

*Attorneys for Defendant, Sprint Solutions, Inc.*

## CERTIFICATION OF SERVICE

I hereby certify that on March 20, 2018, the foregoing DEFENDANT SPRINT

SOLUTIONS INC.'S SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO FRCP

26(a)(1) were served upon all counsel of record by U.S. Mail:

Ryan M. Kelly
Brian J. Wanca
ANDERSON + WANCA
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL 60008
Telephone: 847-368-1500
bwanca@andersonwanca.com
rkelly@andersonwanca.com

Aytan Y. Bellin
BELLIN & ASSOCIATES LLC
85 Miles Avenue
White Plains, NY 10606
Telephone: 914-358-5345
Aytan.Bellin@bellinlaw.com

Tammy L. Adkins

90505629_1