# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GORSS MOTELS INC., a Connecticut corporation, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>SPRINT SOLUTIONS, INC., a Delaware corporation, and JOHN DOES 1-5,<br><br>Defendants. | Civil Action No. 3:17-cv-00546-JAM |

### DEFENDANT SPRINT SOLUTIONS, INC.'S SUPPLEMENTAL ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

NOW COMES Defendant Sprint Solutions, Inc. ("Sprint"), by and through its counsel, and hereby provides the following Supplemental Answers to Plaintiff Gorss Motels, Inc.'s ("Plaintiff") First Set of Interrogatories as follows:

### ANSWERS AND OBJECTIONS TO INTERROGATORIES

6. If you contend an "Established Business Relationship" ("EBR") existed between you and Plaintiff (or any other person you believe was associated with telephone number 860-632-8889) at the time of any facsimile transmissions sent to telephone number 860-632-8889, then fully identify all facts supporting the existence of such alleged EBR.

ANSWER: As of the date of these responses, Sprint does not contend that an EBR existed between Sprint and Plaintiff, or any other person associated with telephone number 860-632-8889. The investigation is ongoing.

SUPPLEMENTAL ANSWER: Sprint had an established business relationship with Gorss Motels, Inc. for a 15 year period from approximately August 14, 2001 until the property and franchise was sold in 2016, during which time Sprint was Gorss Motels, Inc.'s long distance

telephone service provider for wireline service, including providing the long distance service for telephone number 860-632-8889.

21.    Identify each fact witness whom you may call as a witness and state in detail the subject matter of each witness' knowledge of the facts in this case.

**ANSWER**: Sprint objects to Interrogatory No. 21 on the grounds that such request is premature as Sprint has not yet determined who it may call as a fact witness. Subject to and without waiving its objections, Sprint responds that it will supplement its response when and if appropriate in accordance with the Federal Rules of Civil Procedure.

**SUPPLEMENTAL ANSWER**: Sprint responds that it may call as a witness any of the individuals identified in its Response to Interrogatory No. 1, and its Supplemental Initial Disclosures dated March 20, 2018, on the subject matter identified therein. In addition, Sprint may call representatives of Sprint, including but not limited to Kimberly Green-Kerr and Jay Franklin, to speak as corporate representatives on various topics.

Dated: September 12, 2018

By: /s Tammy L. Adkins
Tammy L. Adkins *(pro hac vice)*
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601
312-7505727
312-849-3690 (fax)
tadkins@mcguirewoods.com

Jeffrey J. White
Kathleen Elizabeth Dion
Robinson & Cole, LLP-HTFD
280 Trumbull St.
Hartford, CT 06103
860-275-8252
860-275-8299 (fax)
jwhite@rc.com
kdion@rc.com

*Attorneys for Defendant, Sprint Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2018, the foregoing was served upon the below counsel of record via e-mail delivery:

> Ryan M. Kelly
> Brian J. Wanca
> ANDERSON + WANCA
> 3701 Algonquin Rd., Suite 500
> Rolling Meadows, IL 60008
> Telephone: 847-368-1500
> bwanca@andersonwanca.com
> rkelly@andersonwanca.com
>
> Aytan Y. Bellin  ct28454
> BELLIN & ASSOCIATES LLC
> 85 Miles Avenue
> White Plains, NY 10606
> Telephone: 914-358-5345
> Aytan.Bellin@bellinlaw.com

/s Tammy L. Adkins

4