UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GORSS MOTELS, INC., a Connecticut corporation, individually and as the representative of a class of similarly-situated persons, )<br><br>Plaintiff, )<br><br>v. )<br><br>SPRINT SOLUTIONS, INC., a Delaware corporation, and JOHN DOES 1-5, )<br><br>Defendants. ) | Civil Action No. 3:17-cv-00546-JAM |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff in this action, Gorss Motels Inc., and Defendant, Sprint Solutions, Inc., by and through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice as to the individual claims of Plaintiff, without prejudice as to class allegations, each side to bear its own costs and fees.

**GORSS MOTELS, INC., Plaintiff**:

 /s/  Ryan M. Kelly   
Ryan M. Kelly (ct 30230)
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Telephone:  847/368-1500
Fax:  847/368-1501
Email: rkelly@andersonwanca.com 

 /s/ Aytan Y. Bellin 
Aytan Y. Bellin ( ct 28454)
BELLIN & ASSOCIATES
85 Miles Avenue
White Plains, NY 10606
Telephone: 914/345-5345
Email: aytan.bellin@bellinlaw.com

And:

**Sprint Solutions, Inc., Defendant:**

| | |
|---|---|
| /s Kathleen E. Dion | /s Tammy L. Adkins |
| Jeffrey J. White | Tammy L. Adkins *(pro hac vice)* |
| Kathleen Elizabeth Dion | McGuireWoods LLP |
| Robinson & Cole, LLP-HTFD | 77 W. Wacker Drive, Suite 4100 |
| 280 Trumbull St. | Chicago, IL 60601 |
| Hartford, CT 06103 | 312-7505727 |
| 860-275-8252 | 312-849-3690 (fax) |
| 860-275-8299 (fax) | tadkins@mcguirewoods.com |
| jwhite@rc.com | |
| kdion@rc.com | |

## CERTIFICATE OF SERVICE

     I hereby certify that on June 21, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                      s/ Ryan M. Kelly